# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary L. Land,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:12-cv-000006

Food Lion, LLC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 14, 2012 Order.

                                              Signed: May 14, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court