# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary L. Land,

    Plaintiff(s),

vs.

Food Lion, LLC,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-000006

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 14, 2012 Order.

Signed: May 14, 2012

Frank G. Johns, Clerk
United States District Court